UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE MARSHALL,

        Petitioner,        Case No. 08-10519
                                      HON. JOHN CORBETT O'MEARA
v.

SHIRLEE HARRY,

        Respondent,

_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    The court having reviewed the Report and Recommendation filed March 24, 2009, by Magistrate Judge Komives, as well as any objections thereto filed by the parties, and being fully advised in the premises;

    IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted as the findings and conclusions of this court.

    IT IS FURTHER ORDERED that Petitioner's motion for relief from judgment is DENIED.

                                                        s/John Corbett O'Meara
                                                        United States District Judge

Date: April 24, 2009

Certificate of Service

    I hereby certify that the foregoing order was served upon the parties of record on April 24, 2009, electronically and/or by U.S. mail.

                                                 s/William Barkholz
                                                 Case Manager